JS-6

Daniel Cooper (CA Bar No. 153576)
daniel@sycamore.law
Jesse C. Swanhuyser (CA Bar No. 282186)
jesse@sycamore.law
SYCAMORE LAW, INC.
1004 O'Reilly Avenue, Ste. 100
San Francisco, CA 94129
Tel: (415) 360-2962

Benjamin Harris (CA Bar No. 313193)
Ben@lawaterkeeper.org
LOS ANGELES WATERKEEPER
120 Broadway, Suite 105
Santa Monica, CA 90401
Tel: (310) 394-6162
Fax: (310) 394-6178

Attorneys for Plaintiff
LOS ANGELES WATERKEEPER

Margaret Anne Hill (PA Bar No. 37553)
Margaret.Hill@blankrome.com
BLANK ROME LLP
130 North 18th Street
Philadelphia, PA 19103
Tel: (215) 569-5331

Attorneys for Defendant
GROVER PRODUCTS CO.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOS ANGELES WATERKEEPER, a public benefit non-profit corporation, <br><br> Plaintiff, <br> vs. <br><br> GROVER PRODUCTS CO., a California corporation, <br><br> Defendant. | Case No. 2:22-cv-02196-CAS(SKx) <br><br> ORDER OF DISMISSAL <br><br><br> Federal Water Pollution Control Act, 33 U.S.C. §§ 1251 to 1387 |

[PROPOSED] ORDER OF DISMISSAL - 1

## <u>ORDER</u>

Good cause appearing, and upon the Stipulation of the Parties, IT IS HEREBY ORDERED:

1.    Los Angeles Waterkeeper's complaint is dismissed with prejudice on all claims and causes of action alleged against Grover Products Co.

**IT IS SO ORDERED.**

Dated: August 16, 2022

Christina A. Snyder
U.S. District Court Judge
Central District of California

[PROPOSED] ORDER OF DISMISSAL - 2